**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>WEST MONROE PARTNERS, INC., et al.<br>*Defendants*. | )<br>)<br>)<br>)  Case No. 1:21-cv-6805 (RAG/SMF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

Please take notice that, pursuant to Fed. R. Civ. P. 23(g)(3), Plaintiff Matthew Daly, by and through his undersigned counsel, hereby respectfully moves the Court for an order appointing Sanford Heisler Sharp, LLP and David Sanford, Charles Field, Russell Kornblith, and Sean Ouellette as Class Counsel, with Matthew J. Singer serving as local counsel.

As set out in Plaintiff's Memorandum in Support of this motion, Plaintiff's Counsel meets the requirements for appointment as interim class counsel under Fed. R. Civ. P. 23(g). Plaintiff's Memorandum and the accompanying Declarations of David Sanford, Charles Field, Russell Kornblith, Sean Ouellette, and Matthew J. Singer provide the basis for their motion.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Appointment of Interim Class Counsel under Rule 23(g)(3).

Dated: February 10, 2022                                  */s/ Charles Field*
                                                                              Charles Field*
                                                                              **SANFORD HEISLER SHARP, LLP**
                                                                              2550 Fifth Avenue, 11th Floor
                                                                              San Diego, CA 92101

1

Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

David Sanford**
Russell Kornblith*
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

Sean Ouellette*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, D.C. 20003
Phone: (646) 402-5644
Facsimile: (202) 499-5199
souellette@sanfordheisler.com

Matthew J. Singer
**MATT SINGER LAW, LLC**
77 W. Wacker Dr., Suite 4500
Chicago, IL 60601
Telephone: (312) 248-9123
matt@mattsingerlaw.com

*Attorneys for Plaintiff the Proposed Class*

\*   Admitted pro hac vice
\*\* *Admission pro hac vice forthcoming*