IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WEST MONROE PARTNERS, INC.; THE BENEFITS COMMITTEE OF WEST MONROE PARTNERS, INC.; THE BOARD OF DIRECTORS OF WEST MONROE PARTNERS, INC.; ARGENT TRUST COMPANY; and DOES 1-30 <br><br> Defendants. | Case No. 1:21-cv-06805 |

**COUNSEL IN RELATED CASE'S POSITION STATEMENT OPPOSING
PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM COUNSEL**

Pursuant to this Court's rules on presentment of motions, counsel for Nathan A. Ulery, plaintiff in the matter captioned *Ulery v. West Monroe Partners, Inc., et al.*, Case No. 1:22-cv-00781, currently pending in this District (the "Ulery Action") before the Honorable Marvin Aspen, provides the following position statement opposing Plaintiff's Motion for Appointment of Interim Class Counsel ("Motion for Appointment") (Dkt. 12).

1. Plaintiff in the above-captioned action, *Daly v. West Monroe Partners, Inc., et al.*, Case No. 1:21-cv-06805 (the "Daly Action"), filed his complaint on December 22, 2021 (Dkt. 1). The Daly Action involves an October 14, 2021 transaction (the "ESOP Transaction") involving the West Monroe Partners, Inc. Employee Stock Ownership Plan (the "Plan").

2. Ulery filed his complaint about the same ESOP Transaction, on February 14, 2022 (Dkt. 1).

3. Ulery will file a motion this week under Local Rule 40.4 to reassign the Ulery Action to this Court because it is related to the Daly Action.

4. If the Ulery Action is reassigned to this Court, Ulery will also file a motion to consolidate the Ulery Action with the Daly Action.

5. Ulery opposes the Motion for Appointment in the Daly Action and will file a motion seeking appointment of his chosen counsel as interim class counsel.

6. Counsel for Ulery conferred with Defendants' counsel on these matters. Defendants' counsel stated Defendants do not oppose transfer of the Ulery Action to this Court and do not oppose consolidation of the Ulery and Daly Actions. Defendants' counsel takes no position on the appointment of counsel for plaintiffs in the Actions.

THEREFORE, undersigned counsel respectfully requests that the Court delay ruling on the Motion for Appointment until it rules on the reassignment of the Ulery Action, and if the Court grants the forthcoming motion to reassign, that it grant a subsequent motion to consolidate the Actions and enter a briefing schedule on the Motion for Appointment and Ulery counsel's motion for appointment as interim class counsel.

Dated: February 14, 2022    Respectfully submitted,

**BAILEY & GLASSER LLP**

*/s/ Patrick O. Muench*
Patrick O. Muench
318 W. Adams Street
Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Ryan T. Jenny
Gregory Y. Porter (*pro hac vice to be filed*)
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
rjenny@baileyglasser.com
gporter@baileyglasser.com

**IZARD KINDALL & RAABE LLP**
Robert A. Izard (*pro hac vice to be filed*)
Douglas P. Needham (*pro hac vice to be filed*)
29 South Main St., Suite 305
West Hartford, CT 06107
Telephone: (860) 492-6292
Facsimile: (860) 492-6290
rizardkrlaw.com
dneedham@ikrlaw.com

*Attorneys for Plaintiff Nathan A. Ulery*

## **CERTIFICATE OF SERVICE**

      I certify that on February 14, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

      */s/ Patrick O. Muench*
      Patrick O. Muench