# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Matthew Daly

                      Plaintiff,

v.                                                       Case No.: 1:21−cv−06805
                                                               Honorable Ronald A. Guzman

West Monroe Partners, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 16, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: The Court clarifies its order located at docket [30]; the deadline for the filing of responsive pleadings is extended to March 15, 2022 for all defendants. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.