# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Matthew Daly

                          Plaintiff,

v.                                                       Case No.: 1:21−cv−06805
                                                       Honorable Ronald A. Guzman

West Monroe Partners, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Before the Court is Plaintiff Ulery's motion to consolidate (No. 22 C 781, Dkt. # 19). Defendants do not object to full consolidation of Daly v. West Monroe (21 C 6805) and Ulery v. West Monroe (22 C 781). Plaintiff Daly contends consolidation for pretrial purposes only is appropriate. No later than April 8, 2022, Plaintiff Daly is directed to file a brief statement providing specific reasons supporting his objection to full consolidation, including reasons why one amended complaint covering all claims as to both named plaintiffs is unworkable. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.