# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>WEST MONROE PARTNERS, INC., et al.<br>*Defendants*. | Case No. 1:21-cv-06805 (RAG/SMF) |

## DECLARATION OF KEVIN H. SHARP

I, Kevin H. Sharp, Esq., declare and state as follows:

1. I am a Partner at Sanford Heisler Sharp, LLP ("Sanford Heisler Sharp"), a Co-Vice Chair of Sanford Heisler Sharp, and Co-Chair of the firm's Public Interest Litigation Group. I am counsel for Plaintiffs in the above-captioned action.

2. I graduated from Vanderbilt University School of Law in 1993 and from Christian Brothers College in 1990. I am admitted to practice in the United States District Court for the Western, Middle, and Eastern Districts of Tennessee; the United States District Court for the Northern District of Ohio; the United States District Court for the Eastern District of Wisconsin; the United States District Court for the Eastern District of Michigan; the United States Court of Appeals for the Sixth Circuit; and the Supreme Court of the United States. I have been admitted *pro hac vice* in this matter.

3. I have over twenty-five years of experience litigating and/or presiding over complex civil litigation cases, including ERISA class actions, *qui tam* and whistleblower matters, products liability claims, malpractice cases, and civil rights and criminal matters.

4.  Prior to joining Sanford Heisler Sharp, I served as a judge of the United States District Court for the Middle District of Tennessee from 2011 to 2017. I was the Court's Chief Judge from 2014-2017. I was nominated to the bench by President Barack Obama and unanimously confirmed by the United States Senate. I received my commission on May 3, 2011. I stepped down from the bench and joined Sanford Heisler Sharp on April 16, 2017.

5.  While on the bench, I presided over more than 4,000 civil and criminal cases, including over 30 proposed or certified class/collective action cases. I conducted approximately 75 trials and 60 contested evidentiary hearings concerning complex, multi-party commercial litigation, a variety of class action matters, ERISA disputes, copyright and patent litigation, criminal prosecutions, and claims of constitutional and civil rights violations.

6.  As a Partner at Sanford Heisler Sharp, I have served as counsel of record in multiple ERISA class actions, including *Brown-Davis v. Walgreen*, Case No. 1:19−cv−05392 (N.D. Ill.) ($13.75 million settlement); *Cutrone v. The Allstate Corp., et al.*, Case No. 1:20-cv-06463 (N.D. Ill.) (pending); *Snyder* v. *UnitedHealth Group, et al.*, Case No. 1:21-cv-00044 (D. Minn.) (class certified); *Pizzaro et al. v. Home Depot et al.*, Case No. 1:18-cv-01566 (N.D. Ga) (class certified; motion for summary judgment denied); *Karg v. Transamerica, et al.*, Case No. 1:18-cv-00134 (N.D. Iowa) ($5.4 million settlement); *In RE: GE ERISA Litigation*, No. 1:17-cv-12123 (D. Mass.) (class certified). I was co-lead counsel in the nationwide consumer class action, *Gann v. Nissan North America, Inc.*, 3:18-cv-00966 (M.D. Tenn.).

7.  I have also led the firm's extensive efforts in filing suits against opioids manufacturers, distributors, pharmacy benefit managers, and retailers in multidistrict litigation and in state courts on behalf of over 70 counties and independent cities from the Commonwealth of Virginia and the states of California, New York, Texas, and Vermont.

8. I am named one of the Top 100 Trial Lawyers in America by the National Trial Lawyers Association. I was also selected as one of the Nashville Business Journal's 2019 and 2020 Best of the Bar. In addition, I am a Sustaining Life Fellow of the American Bar Foundation, a Fellow of the Napier-Looby Bar Foundation, and a Fellow of the Nashville Bar Foundation. I previously served as Special Disciplinary Counsel to the Tennessee Supreme Court and as a board member on the Tennessee Supreme Court Lawyers' Fund for Client Protection. I also served as a member of the Tennessee Board of Professional Responsibility Disciplinary Hearing Committee from 2000 to 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of May, 2022, in Nashville, Tennessee.

Kevin H. Sharp