# Exhibit J



Follow Us In Real Time

EMPLOYEE BENEFITS

# Views Using employee stock ownership plans to empower workers and boost growth

By Nathan Ulery    April 02, 2020, 11:13 a.m. EDT    4 Min Read





Follow Us In Real Time



An employee stock ownership plan, or ESOP, could be the key to unlocking a stronger workplace culture and improving your bottom line.

Employee ownership may sound like a novel idea, but it's a concept that's been around for decades. The legal groundwork for today's ESOPs was first laid within the 1974 Employee Retirement Income Security Act (ERISA), and as of 2019 there are roughly 6,600 employee stock ownership plans covering more than 14 million participants in the U.S.



- Follow Us In Real Time

---

Article 5 Reasons to Include Vision Care in a Modern Benefits Program

Not only can a comprehensive eye exam uncover chronic health conditions, but vision care can reduce overall healthcare costs, improve employee…

SPONSOR CONTENT FROM VSP

---

**ESOPs elevate the whole company**

From their positive effects on personal finances to the corporate income tax relief they provide, ESOPs benefit both employers and employees for a variety of reasons.

- **More secure retirement:** Employee-owners feel better prepared for their retirement. Ninety-one percent of ESOP retirees say they have enough money to retire comfortably, compared to just 49% of non-ESOP retirees. Millennials, many still saddled with student debt, particularly benefit from ESOPs. Two-thirds of millennials working at employee-owned firms expect to retire by age 65 — twice the number of millennials at non employee-owned firms. And 56% of millennial employee-owners had at least six months' salary saved for retirement, while 66% of non-ESOP millennials had no savings at all.

- **Higher profits:** Employee-owned firms have higher profits compared to their shareholder-owned counterparts — in good times and bad. Since the ESOP Association's annual Economic Performance Survey began in 2000, ESOP respondents have seen profit increases every year except 2002 and 2010, which correlate to economic downturns. But even in those bad years, at least 29% of ESOP respondents reported profits and/or revenue increases, indicating a resilience in weathering tough times. Those profits spread to employees. Three-quarters of ESOP respondents increased wages at or above the national average of 2.7%, and 29% increased wages by 4% or more.

- **Tax savings:** ESOPs enjoy several significant tax benefits. Company owners who sell to ESOPs can defer some of their capital gains. Company cash and stock contributions are tax-deductible. Employees' tax on contributions to the ESOP are deferred until retirement. Organizations with 100% S Corporation ESOPs pay no federal corporate income tax, an incentive introduced by Congress to encourage employee ownership. The additional cash flow created from tax relief helps support business innovation, growth, and investment.



**Employee Ownership in practice**

Building a great company meant supporting the employees who made it all possible, which is why "employee owned" was a value West Monroe embraced back in 2002.

Yet, despite growth in size and revenue after our first 10 years, our Earnings and Appreciation Sharing Plan wasn't delivering on its promise to sufficiently retain and reward our talent. At the same time, our founder's retirement was swiftly approaching, and we'd likely need a capital infusion to buy out his portion of the Earnings and Appreciation Sharing Plan.

So, we set out to explore alternative ownership structures for the next phase of our growth. Ultimately, we decided to convert to a 100% S Corp Employee Stock Ownership Plan (S ESOP) that would better empower our employee-owners. This plan gives each of our employees market-based ownership in the firm based on their tenure and advancement in the company. Under the new structure, employees don't need to purchase shares or invest their own money. As long as they're employed at West Monroe, they'll receive a share allocation every year.


ADVERTISING



Since the transition, we've experienced many of the benefits outlined above firsthand. The S ESOP provides additional cash flow, which we've used to successfully acquire five firms. We've continued to grow exponentially in size and revenue. But more importantly, our culture is stronger than ever. With wealth and retirement security, our employees are driven to take ownership and succeed together. At the end of the day, we want our employees to grow with us — and our employee stock ownership plan helps us do just that.

Sections  40 YEARS AS THE VOICE OF THE CHANNEL

# Salesforce MSP Superstar West Monroe Partners Is Expanding Into AWS Market

'What we are most focused on in terms of growth for the business in the next 18 months is around AWS and the AWS Connect cloud-based contact center,' says Nathan Ulery, the managing director of West Monroe's fast-growing Performance Services practice.

By Steven Burke                                                                                                April 04, 2018, 10:07 AM EDT

LinkedIn    Facebook    Twitter    Copy Link    Email

More

West Monroe Partners, a fast-growing next-generation MSP with a robust Salesforce application management practice, is making a big investment in building out an Amazon Web Services practice.

West Monroe, which has carved out a significant business helping midmarket customers drive more business value with Salesforce.com, is now set to apply that same model to the AWS market.

[Related: **AWS Introduces Channel Program With New Incentives For Solution Providers**]

The Salesforce application management practice has been West Monroe's sales growth leader for the past two years. Now the company is taking aim at the booming AWS market.

"What we are most focused on in terms of growth for the business in the next 18 months is around AWS and AWS Connect [AWS' cloud-based contact center]," said Nathan Ulery, managing director of West Monroe's Performance Services practice. "We are investing a lot of engineering talent around AWS. The adoption of AWS in the midmarket

**This website is using cookies.**                                                                                                X

We use them to give you the best experience. If you continue using our website, we'll assume that you are happy to receive all cookies on this website.

**Continue**   Learn more

West Monroe has done a pilot with Amazon Connect that saved the company 80 percent a month versus the legacy software provider in that market. "That is how big an impact Amazon has in changing the market landscape," he said. "We are having conversations to migrate clients to Amazon Connect and then run it and maintain it for them."

**Vonage Helps Partners Make Every Conversation Great**

Improve customer satisfaction, implement

West Monroe is currently training its current Performance Services team on AWS and will be adding new AWS positions over the next year.

The AWS offensive comes with an increasing number of customers looking at treating "infrastructure as code" with an ability to quickly shrink and scale on demand, said Ulery.

"We focused on Office 365 five years ago, Salesforce.com two years ago and now we are doing it with AWS," he said. "This is just the next step in our evolution as a next-generation MSP."

Ulery believes that the AWS practice will in short order overtake West Monroe's growing Salesforce.com business. "Look at the breadth of what AWS provides," he said. "There is just so much capability within the AWS platform that it has all the potential in the world to be bigger than our Salesforce.com business."

The AWS business will be focused on the same business-outcome-based cloud services consulting focus that has powered a 40 percent compound annual growth rate over the past five years for West Monroe's Performance Services business.

Ulery – a 20-year technology consultant – said the secret to the group's success is a razor-sharp focus on how next-

## RELATED STORIES

**News Cloud**
Informatica Expands Microsoft, Google Cloud Partnerships For Data Management

**News Cloud**
Ingram Micro To Release 'Digital Twin' Xvantage Plaform This Summer

**News Cloud**
Google Russia To File For Bankrupty After Bank Account Seized

**News Cloud**
AWS, Ingram Micro To Expand Public Sector Offerings For Partners

**News Cloud**
Spot PC, NetApp's Cloud-Based VDI, Now Ready For MSPs

This website is using cookies.   X

We use them to give you the best experience. If you continue using our website, we'll assume that you are happy to receive all cookies on this website.

Continue     Learn more

"We are focused on how do we improve IT operations for clients with new cloud technologies," he said. "We don't have legacy assets that we need to sell. That has allowed us to embrace the new technologies. This is all about having IT that supports the overall business objectives."

West Monroe, which was formed 16 years ago as a pure business services consultant by former Arthur Andersen executives, has eschewed technology product sales in favor of what it calls a "vendor-agnostic" business-outcome-based cloud "performance" services model.

West Monroe not only provides consulting around cloud services like Salesforce.com, but also a suite of managed services focused on maintaining those applications.

That no-nonsense focus on business outcomes will drive an estimated $20 million in business this year with a mind-boggling 85 percent of that business from recurring revenue managed cloud services from some of the top technical cloud talent in the country, said Ulery.

That Performance Services technology team of 110 employees is highly prized by midmarket clients who have hit the wall and have outgrown their existing MSPs, said Ulery. "A lot of our clients are finding that their existing MSPs do not have the people, processes and accountability to take them to the next level," he said.

The prime target for those services is midmarket customers with $250 million to $1 billion in revenue with 10,000 and even more seats. "There are not a lot of midmarket MSPs that are really focused on the midmarket who understand the complexities of those businesses in areas like regulatory compliance, security and M&As," said Ulery.

West Monroe's midmarket focus has been boosted by the Chicago-based company's multinational management business with some 800 business industry experts that can team with the Performance Services team.

Now Playing — Ciena: Partnering Is Personal


Broadcom Software: Delivering Technology That Connects Us


WOTC: Why Women In IT Sometimes Need To J'us Start By Starting'


Lenovo Accelerate 2022, Back And Better Than Ever

## TRENDING STORIES

**1** It's Official: Broadcom To Acquire VMware For $61B

**2** The 15 Biggest Azure Announcements At Microsoft Build 2022

**3** Broadcom's $61B Buy Of 'Iconic' VMware: 5 Big Things To Know

**4** Broadcom's Potential VMware Acquisition: 5 Things About Dell, Stock Prices And Hock Tan To Know

This website is using cookies.    X
We use them to give you the best experience. If you continue using our website, we'll assume that you are happy to receive all cookies on this website.

Continue    Learn more

support for Office 365, Azure, Cisco, VMware; client device managemen,t which includes patching management and service desk support with a 24/7 support staff; and a growing security consulting practice that includes risk management audits and day-to-day management of firewalls, secure client devices and even security incident response.

Besides Salesforce.com and AWS support services, West Monroe provides SharePoint application and custom .Net applications. "We are finding that a lot of organizations are looking to refine their cloud applications implementation to ensure they get more and more business value from a platform like Salesforce.com," Ulery said.

"We are doing continous enhancements every month to these platforms so customers are getting more and more value," he said.

West Monroe also has found a growing practice around assisting companies with merger and acquisition technology planning and implementation. "We are helping customers think through in the long term which pieces of the infrastructure and data centers should be kept or retired over time," said Ulery.

Ulery says the future is bright for next-generation MSPs like West Monroe that are embracing new cloud services like AWS and AWS Connect. "The successful MSPs will be the ones that embrace the new way companies are consuming technology and then providing value on top of that to help those customers get the most out of those platforms."

Many companies are investing in cloud platforms but are not taking advantage of the full business impact of those services, said Ulery. "Midmarket customers want a business partner that is looking out for them so they can get more business value from these technologies," he said. "We are helping customers get more business value every month, every quarter and every year."

**SPONSORED RESOURCES**

NetSuite Solution Provider Program

Why Partner with Broadcom Software?

Zero Downtime with HP's Optimize Services

Veeam Backup for Microsoft Azure: Product Overview

Smarter, Stronger, Faster… Autonomous. This is SentinelOne.

This website is using cookies.  X
We use them to give you the best experience. If you continue using our website, we'll assume that you are happy to receive all cookies on this website.
Continue    Learn more

RELATED TOPICS:

Amazon Web Services   AWS   Salesforce

West Monroe Partners   Cloud Channel Programs

Cloud Infrastructure   Cloud Platforms   Cloud Security

Cloud Software   Cloud Storage   Cloud VARs

Virtualization



Back to Top



**ABOUT US**

Meet the Editors
Send CRN a News Tip
Media Kit
Editorial Calendar
Site Map
Contact Us

**TOOLS & RESOURCES**

CRN Latest Issue
Lists & Awards Info
Lists & Awards Winners
Annual Report Card
Women of the Channel
Events Calendar
Awards & Plaques

**SUBSCRIBE**

This website is using cookies.                                                                          X
We use them to give you the best experience. If you continue using our website, we'll assume that you are happy to receive all cookies on this website.
Continue     Learn more

you know and trust sent to your inbox.

**SIGN ME UP**

**CRN Lists & Awards**

Receive notification when applications open for lists and awards.

**SIGN ME UP**

**CAREERS**

**PRIVACY POLICY**

**TERMS OF SERVICE**

**SHARE, LIKE, FOLLOW CRN**



© 2022 The Channel Company
All rights reserved.



**This website is using cookies.**

We use them to give you the best experience. If you continue using our website, we'll assume that you are happy to receive all cookies on this website.

**Continue**     Learn more     X