# Exhibit K

# Employee Stock Ownership Plan

## SUMMARY PLAN DESCRIPTION





**ESOP** SUMMARY PLAN DESCRIPTION

## Contents

This Summary Plan Description (SPD) is dated January 2021 and incorporates the plan document and all plan amendments through December 2020. This booklet is a description of how the Employee Stock Ownership Plan (ESOP) works, including the following topics:

- Introduction
- West Monroe's ESOP
- Eligibility and participation
- Company contributions
- Vesting
- Determining Stock Value
- ESOP Trustee and Voting of Company stock
- Diversification
- Distributions – receiving your vested account balance when you leave the Company
- Beneficiary designation
- Additional plan information

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.



**ESOP** SUMMARY PLAN DESCRIPTION

## Introduction

Dear ESOP Participant,                                                                                   **January 2021**

At West Monroe Partners, every employee has the opportunity to participate in our employee stock ownership plan (ESOP).  Our ESOP is designed to reward loyalty, professional growth, and Company performance.  This Summary Plan Description provides an overview of our ESOP and answers many commonly asked questions.  We hope it also provides you a greater understanding of how the ESOP works, helping you to better understand the importance of your role in our employee-owned Company.

Being employee-owned is one of our core and founding values and we believe it is a unique and important part of West Monroe. We all share in our collaborative success—and as employee-owners, each of us can directly impact that success.  I encourage you to learn more through the ESOP page on ONE, our employee intranet, and to think about how you will channel your passion, talent, and effort for the greater good of the organization.

If you have specific questions that are not covered in this summary, please contact HR@westmonroe.com.



Kevin McCarty
Chief Executive Officer

**Note:** This summary is a simple overview of the major provisions of the ESOP. This does not take the place of the actual plan document, as amended, which governs at all times, and is available through ONE, the West Monroe intranet.  In the event of conflict, the plan document governs.

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

 **west**MONROE

**ESOP** SUMMARY PLAN DESCRIPTION

## Our ESOP

West Monroe's ESOP is a tax-deferred retirement plan. To establish the ESOP, West Monroe Partners, Inc (the "Company") created a trust that holds the assets, including any cash and shares of stock. Individual accounts are maintained in the trust for each ESOP participant.

### Shares of Company stock

In a corporation, ownership is shared among various owners through units of stock. These units are called "shares of stock" or "shares." The ESOP trust holds shares of stock in the Company and the ESOP trustee is the legal owner of those shares. ESOP companies may be partially employee owned or 100% employee owned. West Monroe is 100% employee owned through the ESOP.

### Participants have beneficial ownership interest

Through your participation in the ESOP, you have a beneficial ownership in West Monroe because you benefit from the value of the shares in your ESOP account. As you work at West Monroe, shares accumulate in your account through Company contributions. This process is described on the following pages.

<div style="border:1px solid">

**Advantages**

As a plan participant, you benefit in many ways from the ESOP:

- You have beneficial ownership interest in the vested value of stock allocated to your account at no cost to you
- The value of stock in your account is based on the financial results of West Monroe
- You are part of a team whose actions and decisions impact these financial results and the future value of the Company

Our ESOP is not simply about increasing the value of the Company; it is also about how we relate to one another and to our clients; how we work together to share ideas for improvement, develop strategies, and set goals; and ultimately how we meet—or better yet, surpass—our expectations.

</div>

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

**west**MONROE

## Eligibility and Participation

When the plan first became effective, everyone employed as of January 1, 2012 automatically became a participant on January 1, 2012. Otherwise, you automatically enter the ESOP on the first day of the month following your employment date.

**Exception:** Leased employees, interns, temporary employees, independent contractors, nonresident aliens with no U.S. earned income, and employees covered by a collective bargaining agreement (unless the agreement expressly provides for your participation) are not eligible to participate in the ESOP.

### Your ESOP account

When you become a participant in the plan, an ESOP account is set up in your name. Your account may hold Company stock, other investments (including earnings on those amounts), or a combination of both. Contributions you receive will accumulate in your account. Annual valuation changes are applied to all shares held in your account. Vesting applies uniformly to your entire account.

---

**Examples**

*Assuming you are an eligible employee*

**10**

Hired May 10, 2012

ESOP participation begins June 1, 2012

**12**

Hired August 12, 2021

ESOP participation begins September 1, 2021

**Note:**
**Information on eligibility to receive share allocations is found on the next page**

---

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

**westMONROE**

ESOP SUMMARY PLAN DESCRIPTION

## Company Contributions

All contributions to your ESOP account are made by the Company; you do not contribute to the plan.

### Annual Company contributions

Each year, West Monroe's Board of Directors will decide at their discretion how much, if any, to contribute to the plan. The board's decision is normally based on the Company's financial performance and business conditions, but contributions must be no less than the amounts necessary for the plan to pay any maturing obligations pursuant to the loan repayment schedule for the original transaction that resulted in us becoming an ESOP.

The Company may contribute cash to the ESOP that is used to buy Company stock or make payments on any loans the ESOP used to acquire the stock. The Company may also contribute stock directly.

Contributions are typically made to the ESOP and allocated among eligible participants once per plan year.

### Annual Company contribution requirements

To receive your allocable share of the annual Company contribution for a plan year, you must be a participant in the plan, and you must meet two requirements:

- Work at least 1,000 hours during the plan year
- Be employed on the last day of the plan year (December 31)

Additionally, if an intern receives an offer to join the firm and they accept the offer within two weeks of it being extended, West Monroe will waive the 1,000 hour minimum for the first year of employment that is required of all employees to receive an ESOP contribution.

All former employees of West Monroe Partners, LLC who become employees of the Company during a plan year will receive credit for current year hours of service for purposes of eligibility for annual Company contributions.

The 1,000 hours and December 31 requirements are waived if you leave the Company after reaching age 55 (defined as Normal Retirement Age (NRA)), die or become disabled while employed. In these circumstances, you will receive a contribution even if you do not meet the requirements. Note, the contribution for the year you leave may be less if you are not employed for the full plan year due to earning fewer service or compensation points that year.

### Matching contributions

The Company, in its discretion, may make a matching contribution on your behalf into the ESOP based on the amount of salary deferrals you contribute to the Company's 401(k) plan (the 401(k) plan). To be eligible for any matching contribution made to the ESOP, you must be a participant in the ESOP and must be employed on the last day of the calendar year, no exceptions.

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

**westMONROE**

ESOP SUMMARY PLAN DESCRIPTION

## Determining Allocations of Annual Company Contributions

The amount of the annual Company contribution you receive is allocated to your ESOP account in proportion to your points earned for a plan year compared to all eligible participants' points earned that year. Points are determined by the following:

- **Service points:** 10 points for each year of service (a year of service is defined as having worked at least 1,000 hours during a plan year). In the case of an acquisition, individuals from the acquired company receive 5 service points per prior year of service at the acquired entity starting from their most recent hire date. Total combined service points are capped at 10 points per year, 100 points overall. Service points include years of service with West Monroe Partners, LLC and any of its acquisitions.
- **Compensation points:** 1 point for each full $1,000 of eligible compensation received that year (capped at 290). Eligible wages paid by West Monroe Partners, LLC during the year in which your employment transfers to the Company will be taken into account in determining your compensation points.

Eligible compensation means total regular earnings paid during the plan year, including amounts you defer into the 401(k) plan and/or flexible spending account or pay toward insurance premiums. Compensation for this purpose excludes bonuses, commissions, contributions or benefits received under this plan or under any other plan, policy, or benefit maintained by the Company (including, but not limited to, nonqualified deferred compensation, severance benefits, fringe benefits, moving reimbursements, awards, gifts, entertainment, disability benefits, differential wage payments, and any taxable gross-up amounts). Eligible compensation is capped, by law, at $290,000 for 2021 (as indexed) per year.

Your annual ESOP statement will show the number of shares you receive and the current value of those shares.



© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.



**ESOP** SUMMARY PLAN DESCRIPTION

## Vesting

Vesting refers to the percentage of your account you will be paid after you leave employment. You are credited with a year of service for vesting each plan year you work at least 1,000 hours.

Employees hired September 1, 2015 through December 31, 2019 become vested according to a transitional three-year graded vesting schedule. Employees whose first day of hire is January 1, 2020 or later become vested according to a five-year graded vesting schedule (see tables to the right).

The vesting tables apply to both annual Company contributions and matching contributions you may receive. Vesting applies uniformly to all shares and other investments held in your account no matter when received.

Generally, all years of service at the Company, count toward vesting. The unvested value of your account balance is forfeited if you leave the Company before you are 100% vested. If you are rehired, forfeited amounts may be restored under certain circumstances. Forfeited amounts, net of expenses, corrections, or forfeiture reinstatements, if any, are allocated to the accounts of remaining participants.

All years of service earned with West Monroe Partners, LLC will count toward vesting, and your date of hire with West Monroe Partners, LLC will determine the applicable vesting table.

| Participant hire date September 1, 2015 - December 31, 2019 (Transitional vesting) | |
|---|---|
| **Years of Service** | **Vested Percentage** |
| **1 year** | 0% |
| **2 years** | 25% |
| **3 or more years** | 100% |

| Participant hire date January 1, 2020 or later (Five-year graded vesting) | |
|---|---|
| **Years of Service** | **Vested Percentage** |
| **1 year** | 0% |
| **2 years** | 25% |
| **3 years** | 50% |
| **4 years** | 75% |
| **5 or more years** | 100% |

If you terminate employment and are rehired, you may "lose" credit for prior service under the plan's break in service rules. For vesting purposes, you will have a break in service if you complete less than 501 hours during a plan year, unless your absence from work is for parental leave.

**Exception:** If you leave the Company after reaching age 55 (defined as Normal Retirement Age (NRA)), die or become disabled while employed, your account will automatically be 100% vested, regardless of your years of service.

> **Determining 1,000 Hours**
> Hours worked is defined as actual hours for which you are paid, including time for which you are not working such as flex time off, training, office closures, and holidays.

8

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.



**ESOP** SUMMARY PLAN DESCRIPTION

## Determining Stock Value

Unlike investments in the 401(k) plan, which are valued daily according to the stock market, the value of your ESOP stock is determined by the ESOP trustee once each year, as of the last day of the plan year (December 31). Because West Monroe stock is not publicly traded, the ESOP trustee retains an independent appraiser to assist in determining the annual value of the stock held by the trust as of each valuation date.

After the end of the plan year, the appraiser conducts due diligence, including reviewing the financials and future forecasts of the Company. Financial performance is an important factor in determining the value of West Monroe's stock, and each employee plays an important role in determining West Monroe's performance. There is a direct link between your efforts on the job and the value of our ESOP.

In addition to Company-specific performance, the appraiser may benchmark West Monroe against comparable public companies in size and industry. The entire valuation process takes several months, which means the value of West Monroe stock is typically known sometime in the spring.

The term "valuation date" means the last day of the plan year and may include any date or dates deemed necessary or appropriate by the Plan Administrator for the valuation of the stock held by the trust.

All shares accumulated in your account change value based on the annual valuation.

## ESOP Trustee and Voting

The ESOP trust holds all shares of West Monroe stock owned by the plan, and the ESOP trustee is the legal shareholder of that stock. Your ESOP statement will show the number of shares in your account, but no actual stock certificate exists for those shares in your name. Instead you have beneficial ownership through the plan and trust.

The ESOP trustee is appointed by the Company's board of directors. The trustee is legally obligated to operate the ESOP in the best interests of the participants. It is not generally the trustee's responsibility to operate the Company – that is the responsibility of West Monroe's management and the board. Generally, the trustee votes the shares of stock held in the ESOP trust. The trustee has a fiduciary responsibility to vote prudently and in the best financial interest of plan participants. Under certain circumstances, as an ESOP participant, you may have the right to direct the trustee to vote the shares of stock in your account. Examples:

- Mergers, consolidations, or a sale of all or substantially all of the Company's assets
- Certain recapitalizations and reclassifications
- Liquidations and dissolutions

In these circumstances, you do not vote the shares yourself – rather you provide direction by proxy to the trustee, who will vote the shares. The trustee must fulfill fiduciary duties under the Employee Retirement Income Security Act of 1974 (ERISA) and may not follow your direction if it is contrary to ERISA or not in the best financial interest of the ESOP.

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

**westMONROE**

## Diversification

Diversification is the voluntary process of moving a portion of your account balance currently invested in Company stock to other investment options. You may diversify shares of Company stock if you are an active or former employee when you reach age 50 and have 10 years of participation in the plan. If you meet these criteria, you are eligible to diversify for 11 years according to the following guidelines:

- During the first 10 years you are eligible to diversify, you may elect to sell up to 25% of the shares in your account. In the 11th (final) year, or, if earlier, in the year following the year in which you turn age 60, this limit is increased to 50% of the shares in your account

This is a cumulative calculation, which means that shares you diversified in prior years count toward the maximum shares eligible for diversification.

Diversified amounts may be paid to you or rolled over to an IRA or transferred to the 401(k) plan, or any combination.

Diversification distributions will begin in 2022, based on ESOP ending balances as of December 31, 2021. You will be notified when you are eligible to make a diversification election.

**Note:** Once your eligibility to elect a final 50% diversification ends, you will not have another opportunity to diversify.

| Example | |
|---|---|
| **Year One (50 years old with 10 years)** | **Shares** |
| **2021 ESOP ending balance** | 1,000 |
| **Multiplied by 25%** | x 25% |
| **2022 eligible diversification** | **250** |
| **You elect to diversify** | - 100 |
| **Ending balance (1,000-100)** | **900** |
| **Year Two** | |
| **2022 ESOP ending balance** (assumes 60 shares contributed) | 960 |
| **Add back 2021 diversified shares** | + 100 |
| **Total** | **1,060** |
| **Multiplied by 25%** | 265 |
| **Less shares previously diversified** | - 100 |
| **2023 eligible diversification** | **165** |
| **You elect to diversify** | 80 |
| **Ending balance (960-80)** | **880** |

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

**west**MONROE

**ESOP** SUMMARY PLAN DESCRIPTION

## Distributions

Generally, you (or your beneficiary) are eligible to receive a distribution of the vested portion of your account balance when you leave on or after reaching age 55, your Normal Retirement Age (NRA), die or become disabled while employed, or otherwise terminate your employment with the Company.

### Timing of Your Distribution Election

The ESOP trustee determines the value of Company stock through consultation with its independent financial advisor as of each December 31. As soon as administratively feasible after the completion of each annual appraisal, you will receive an account statement that shows the value of your account based on the independent appraisal. If you have terminated employment with the Company, you will be offered an online distribution election opportunity in the year following the year in which you leave the Company. Distribution elections must be submitted electronically within a specified 30-day to 60-day election period, as announced at the time.

Although allowed by ERISA, the Company has decided not to wait up to the sixth year after the year in which you separate from service to begin its five year (or more) payout of your ESOP balance, while allowing the value of your account to change with the yearly stock valuation. This option is available for separations not due to death, disability, or reaching NRA (age 55). Instead, the Company has elected to make lump sum distributions in all cases in the year following separations from service. West Monroe may change this election at any time and you will be notified should the Company amend the ESOP distribution provisions as described in this paragraph.



**Distribution Policy**
ESOP rules contained within the plan document are designed to give the Company flexibility in paying distributions. The Company has the right to modify these provisions from time to time. Your distributions will be subject to the distribution provisions in effect at the time you make a distribution election.

### Form of Payment

You may elect to receive your benefits in a single lump sum payment. Cash in your account will be distributed as cash and shares will be distributed as shares. In general, distributed shares will be immediately and automatically sold back to the Company – you may not keep them. Your shares will be valued using the most recent year-end value for the shares. Proceeds will be paid according to your election. The Company has the right to acquire your shares using promissory notes payable for up to five years at a reasonable rate of interest with adequate security provided. The effects of failing to submit a timely election are further described in the sections below through the "Failure to Elect a Distribution" section on page 12.

11

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

## Failure to Elect a Distribution

In the year following your separation from service and after your ESOP account statement for that year has been issued, if you have a vested account balance, Principal will send you an election notification with instructions to make your election within a certain 30-day to 60-day election period, as announced at the time.

If you do not elect a distribution when you are eligible, one of the following situations will apply, based on your vested balance:

- If your vested balance is $1,000 or less, your distribution will be made to you (less tax withholding), even if you do not request it (or make a rollover election)
- If your vested balance is between $1,001 and $5,000, your distribution will be rolled over to an IRA in your name, even if you do not request it (or make a rollover election)
- If your vested balance is greater than $5,000, your account balance may be left in the ESOP until you reach retirement age, although you will continue to be offered annual distribution opportunities. However, Company shares in your account will be converted entirely into cash, based on the most recent value of the shares, and invested in a mutual fund in the ESOP or transferred to your account in the 401(k) plan, eliminating your ongoing investment in West Monroe stock

> **Tax Tip**
> Taxes on distributions can be complicated. Once you become eligible for a distribution from your ESOP account, you should consult with a tax advisor before making any decisions.

## Distribution Options and Taxes

As part of your distribution request, you will be asked to designate how your account is to be distributed among the following generally available options:

- Make a direct rollover of your distribution amount to an Individual Retirement Account (IRA) and continue to defer paying taxes (if you are younger than age 70½)
- Make a direct rollover of your distribution amount to the 401(k) plan (as long as you have an existing balance in your 401(k) account); or you may direct a rollover to your new employer's qualified retirement plan and continue to defer paying taxes (if you are younger than age 70½)
- Elect a payment in cash and pay applicable taxes and early withdrawal penalty (if any)
- You may elect to split your election between a taxable cash payment and a tax-deferred rollover

Should you choose a taxable payment in cash, you have 60 days after the check is received to roll it into another qualified plan or IRA, without paying taxes.

Unless your separation from service occurred in or after the year you reached age 55, taxable distributions from a qualified retirement plan of your former employer are subject to an early withdrawal penalty, which must be paid when the related taxes are due.

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.



ESOP SUMMARY PLAN DESCRIPTION

## Designating Your Beneficiary

Once you become a participant in the ESOP, you should fill out a beneficiary designation form. The beneficiary designation form for our ESOP is available on the ESOP page on ONE under the "Resources" tab. You may make or change your beneficiary designation at any time. Please contact HR@westmonroe.com if you have not filled out a beneficiary designation form or need to make changes to your designation.


**Note:** If you are married, you must have notarized spousal consent for any designation other than your spouse.

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

**west**MONROE

ESOP SUMMARY PLAN DESCRIPTION

## Additional Plan Information

### PROTECTION OF BENEFITS

Generally, your creditors cannot garnish or levy upon your account and you cannot sell, transfer, assign, or pledge your account.

### DISTRIBUTION PROVISIONS

**Large Balance Rule:**
As discussed on page 11, if the plan is amended such that instead of receiving a lump sum distribution you will receive your ESOP account in a series of installments and your account balance exceeds $1,165,000, the Company is allowed to extend its regular five-year payout by one year (up to five additional years), for each $230,000 increment or fraction thereof by which your balance exceeds $1,165,000. The dollar amounts are for 2021 and are subject to cost-of-living adjustments. Notice would be provided for any plan amendment.

**Required Minimum Distributions:**
By law, in most cases you must begin receiving minimum distributions from this plan after you reach age 70½ and are no longer working for West Monroe. Please contact HR@westmonroe.com for details and exceptions.

**Qualified Domestic Relations Order (QDRO):**
Any distribution to an alternate payee under a qualified domestic relations order (QDRO) will be made in a manner consistent with the ESOP's distribution provisions and the separate QDRO procedures established by the administrator.

Please contact Human Resources if you need a copy of the plan's QDRO procedures (there is no cost).

### REINSTATEMENT OF FORFEITED AMOUNTS IF REHIRED

Generally, your forfeited amounts will be reinstated if you return before you have 5 consecutive breaks in service, but special rules apply to different situations. A break in service is a plan year in which you perform 500 or fewer hours of service. Please contact HR@westmonroe.com for more information on how this may apply to you.

### TOP-HEAVY PLAN PROVISIONS

The Plan has provisions that provide for minimum allocation and vesting provisions should the Plan become "top heavy." Top heavy is when more than 60% of the Plan's assets are held in the Accounts of certain owners and officers. These owners and officers are referred to as "Key Employees."

If the ESOP is top-heavy for a plan year, the discretionary contribution equals the lesser of 3% of your compensation for the plan year or a percentage of your compensation equal to the percentage at which contributions are made for the Key Employee for whom such percentage is the highest. If the plan is top-heavy, your account will vest under the same schedule as applicable to discretionary contributions.

14

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.



## STATEMENT OF ERISA RIGHTS

As a participant in the plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).

ERISA provides that all ESOP participants shall be entitled to:

- Receive information about your ESOP and benefits.
- Examine, without charge, at the Plan Administrator's office all ESOP documents, including the Plan and Trust Documents and copies of all documents filed by the ESOP with the U.S. Department of Labor, such as the latest annual reports (form 5500 series).
- Obtain copies of all ESOP documents and other information upon written request to the Plan Administrator. The administrator may make a reasonable charge for the copies.
- Receive a summary of the ESOP's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for ESOP participants, ERISA imposes duties upon the people who are responsible for the operation of the plan.

The people who operate your ESOP, called fiduciaries of the plan, must do so prudently and in the interest of you and other ESOP participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining your ESOP benefits or exercising your rights under ERISA.

If your claim for an ESOP benefit is denied in whole or in part, you have a right to know the reason for the denial, to obtain without charge copies of documents relating to the decision and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. If you request materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such case, the court may require the Plan Administrator to provide the materials and pay you up to $110 per day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in a federal court. If ESOP fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim to be frivolous.

If you have any questions about your ESOP benefit, you should contact HR@westmonroe.com. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest area office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory.

Division of Technical Assistance and Inquiries
Employee Benefits Security Administration
U.S. Department of Labor
200 Constitution Avenue N.W.
Washington, D.C. 20210

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.



**ESOP** SUMMARY PLAN DESCRIPTION

**Plan Amendment or Termination:**
Although West Monroe fully intends to continue the ESOP, the Company reserves the right to change or terminate the ESOP at any time. If the plan is terminated (i.e., ends), you will be deemed 100% vested in your ESOP account. If the plan ends, all contributions will stop, and your ESOP account will be paid as soon as possible after the termination.

**Reduction of Benefits:**
You might not receive any benefits, or you might receive lower benefits than expected under the following circumstances:

- You do not meet the eligibility requirements for participation
- You transfer to an affiliated Company that does not participate in the ESOP
- You do not meet the requirements for an allocation of contributions for any year
- You reach a limit on benefits or contributions set by law (These limits are quite high, and you will be notified if you are affected)
- The value of your investments suffers a loss
- You leave before becoming fully vested
- Your benefits are subject to a qualified domestic relations order
- The plan is amended or terminated.
- You or your beneficiary do not submit the necessary documents or the completed benefit request forms that are required for processing

**PBGC Status:**
The ESOP is an individual investment account, or defined contribution, plan. This means each participant has an account in his or her own name, and the benefits you receive depend on the value of your account after investment. The ESOP doesn't guarantee you a payment of a specific amount of benefit, and accordingly, benefits are not insured by the Pension Benefit Guaranty Corporation (PBGC), the government agency that insures plans that do specify the amount of benefit they pay.

**Military Service:**
The plan will provide all contributions, benefits, and service credit which are required by the Uniformed Services Employment and Reemployment Rights Act (USERRA) or the Heroes Earnings Assistance and Relief Tax Act of 2008 (the HEART Act) to be provided to participants who have qualifying military service.

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.



**ESOP** SUMMARY PLAN DESCRIPTION

## CLAIMS PROCEDURES

Disagreements about benefits are rare but should you and the Company disagree on your eligibility for or the amount of your benefit, you may follow a review process. You must mail or deliver a written claim to the Plan Administrator or Trustee(s) to initiate the claim process.

After you have made a written claim for benefits under the plan, if any portion of the claim is denied, you will receive a written notice stating the specific reasons for the denial, specific reference to pertinent ESOP provisions upon which the denial was based, a description of any additional information or material necessary to perfect the claim and an explanation of why such information or material is necessary, and appropriate information as to the steps to take if you wish to submit the claim for review within 60 days of receipt of your claim.

You will receive written notification of a decision on your claim for benefits within 90 days after receipt of your claim, unless an extension of time for processing the claim, not to exceed 90 additional days, as special circumstances require, is necessary. Prior to the expiration on the initial 90 days, you will be advised in writing if an extension is necessary, stating the special circumstances requiring the extension and the date by which you can expect a decision regarding your claim.

Within 60 days after the date of written notice denying any benefits, you or your authorized representative may write to the Plan Administrator requesting a review of that decision. You must file an appeal with the Plan Administrator in writing within 60 days. If you fail to appeal within that time, the Plan Administrator's decision shall be final, binding, and conclusive.

Your request for review may contain such issues and comments that you wish to have considered in the review and may also review pertinent documents. The Plan Administrator will make a final determination with respect to your claim within 60 days and advise you of the determination in writing, setting forth the reasons for the determination and specific references to any pertinent ESOP provisions upon which the determination is based.

You will receive written notice of a final determination of your appeal within 60 days after receipt of your request for review. However, specific circumstances may require an extension of time, not to exceed 60 additional days. Prior to the expiration of the initial 60 days, the Plan Administrator must advise you in writing of an extension and the date by which you can expect a decision regarding the review of your claim. Upon request, you may review information relevant to the benefit claim or we will provide you with copies of information relevant to the benefit claim. If your appeal is denied, you may file a lawsuit in federal district court to pursue your claim further. The Plan Administrator has the full and discretionary power to decide what the plan provisions mean; to answer all questions about the plan, including those about eligibility and benefits; and to supervise the administration of the plan. The Plan Administrator's decisions are final.

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

 **ESOP** SUMMARY PLAN DESCRIPTION

| Plan Information | |
|---|---|
| **Plan Name** | West Monroe Partners, Inc. Employee Stock Ownership Plan |
| **Trust Name** | West Monroe Partners, Inc. Employee Stock Ownership Trust |
| **Plan Sponsor** | West Monroe Partners, Inc.<br>311 W. Monroe Street, 14th Floor<br>Chicago, IL 60606 |
| **Employee Identification Number** | 46-1586202 |
| **Plan number** | 002 |
| **Plan Administrator** | West Monroe Partners<br>311 W. Monroe Street, 14th Floor<br>Chicago, IL 60606<br>Phone: (312) 602-4000<br>HR@westmonroe.com |
| **Plan Trustee** | Argent Trust Company<br>1100 Abernathy Road NE<br>500 Northpark, Suite 550<br>Atlanta, GA 30328<br>Phone: (855) 504-1376 |
| **Agent for Service of Legal Process** | Plan Administrator or Plan Trustee at the above addresses |
| **Source of Contributions** | All contributions are made by the Company |
| **Plan Year End** | December 31 |

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.



**ESOP** SUMMARY PLAN DESCRIPTION

## WHAT DO I REALLY NEED TO KNOW?



If you work 1,000 hours and are employed December 31, you will receive an allocation of Company stock based on your service and compensation points (see page 7)



Allocations are subject to vesting. If hired January 1, 2020 or later, you will follow a five-year graded vesting schedule. If hired between September 1, 2015 and December 31, 2019, you participate in a transitional vesting schedule (see page 8)



Share value is updated annually by the ESOP trustee (see page 9)



All shares accumulated in your account change value based on the annual valuation (see page 9)



If you leave West Monroe after you become vested, the year after you leave, you will have an opportunity to elect a lump sum cash distribution of your vested balance during a 30-day to 60-day election period (see page 11)

**Looking for more information?**
Visit the ESOP page on our intranet, One, under the "Resources" tab or contact HR@westmonroe.com

19

© January 2021 West Monroe Partners | Reproduction and distribution without West Monroe Partners prior consent is prohibited.

