# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; THE BENEFITS COMMITTEE OF WEST MONROE PARTNERS, INC.; THE BOARD OF DIRECTORS OF WEST MONROE PARTNERS, INC.; ARGENT TRUST COMPANY; and DOES 1-30<br><br>    Defendants. | Case No. 1:21-cv-06805-RAG |
| NATHAN A. ULERY, on behalf of himself and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; KEVIN MCCARTY; TOM BOLGER; GIL MERMELSTEIN; BARBARA DUGANIER; BARBARA BENNETT; DOUG ARMSTRONG; TOM HULSEBOSCH; SUSAN STELTER; and ARGENT TRUST COMPANY,<br><br>    Defendants. | Case No. 1:22-cv-00781-RAG |

**DECLARATION OF ELIZABETH KITTO**

I, Elizabeth Kitto, declare as follows:

1.     I make this Declaration of my own personal knowledge, and if called as a witness, I would and could testify competently to the matters stated herein.

1

2.   I make this declaration in support of Plaintiff Nathan A. Ulery's motion for appointment as lead plaintiff and appointment of interim class counsel.

3.   I was employed by West Monroe Partners, Inc. ("West Monroe", formerly West Monroe Partners, LLC) from March 8, 2017 to October 30, 2020. While employed by West Monroe, I served as Manager, Chicago Office Operations and Senior Manager, Firm Wide Consulting Operations.

4.   I participated in the West Monroe Partners, Inc. Employee Stock Ownership Plan (the "Plan") during and subsequent to my employment with West Monroe.

5.   My West Monroe stock in the Plan was redeemed (the "Redemption") on September 20, 2021 for $515.18 per share.

6.   I contacted the firm representing Daly, Sanford Heisler Sharp LLP to find out about the lawsuit and how it affected me as a former employee and participant in the ESOP. I spoke to Charles Field. He explained I could become involved as an active participant in the class action or wait as a class member for the result. Mr. Field mentioned that another complaint had been filed about the same issues. Mr. Field explained the role of a class representative and various other aspects of a lawsuit such as this. After speaking with Mr. Field, I did some background research on the other lawsuit.

7.   I have known Ulery since 2017. I spoke to Ulery and we talked about how I could support his case. I chose to support Ulery's case instead of Daly's because I had known Ulery for several years, did not know Daly well, and decided that Ulery and his lawyers were likely to do better for the class members than Daly and his lawyers.

8.   I have known Mr. Ulery since March 2017. I am personally familiar with his work for West Monroe, including his work on ESOP matters. I know him to be a dedicated servant of

2

the interests of employees in connection with ESOP matters. In my opinion, Ulery has the leadership, integrity, acumen, and knowledge suited to representing the class in these actions.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Elizabeth Kitto

Executed this 3rd day of June, 2022

3