# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; THE BENEFITS COMMITTEE OF WEST MONROE PARTNERS, INC.; THE BOARD OF DIRECTORS OF WEST MONROE PARTNERS, INC.; ARGENT TRUST COMPANY; and DOES 1-30<br><br>Defendants. | Case No. 1:21-cv-06805-RAG |
| NATHAN A. ULERY, on behalf of himself and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; KEVIN MCCARTY; TOM BOLGER; GIL MERMELSTEIN; BARBARA DUGANIER; BARBARA BENNETT; DOUG ARMSTRONG; TOM HULSEBOSCH; SUSAN STELTER; and ARGENT TRUST COMPANY,<br><br>Defendants. | Case No. 1:22-cv-00781-RAG |

**DECLARATION OF CLINTON VICTOR SCOTT-WILLIAMS**

I, Clinton Victor Scott-Williams, declare as follows:

1. I make this Declaration of my own personal knowledge, and if called as a witness, I would and could testify competently to the matters stated herein.

1

2.     I make this declaration in support of Plaintiff Nathan A. Ulery's motion for appointment as lead plaintiff and appointment of interim class counsel.

3.     I was employed by West Monroe Partners, Inc. ("West Monroe", formerly West Monroe Partners, LLC) from August 2013 to March 2020. While employed by West Monroe, I served as Senior Architect, Operations Excellence.

4.     I participated in the West Monroe Partners, Inc. Employee Stock Ownership Plan (the "Plan") during and subsequent to my employment with West Monroe.

5.     My West Monroe stock in the Plan was redeemed (the "Redemption") on September 20, 2021 for $515.18 per share.

6.     I reviewed the complaint in *Daly v. West Monroe Partners, Inc., et al.*, Case No. 1:21-cv-06805 (the "Daly Action") approximately three to four weeks ago after hearing about the case. I contacted the firm representing Daly, Sanford Heisler Sharp LLP to find out about the lawsuit and how it affected me as a former employee and participant in the ESOP. I spoke to Sean Ouellette. He explained I could become involved as an active participant in the class action or wait as a class member for the result. Mr. Ouellette mentioned that another complaint had been filed about the same issues. After speaking with Mr. Ouellette, I considered joining the Daly lawsuit. But first, I did some background research on the other lawsuit. I recognized Nathan Ulery's name. I remembered Ulery's role with the company. I had known Ulery since 2013. I contacted Ulery and asked him how I could support his case. I chose to support Ulery's case instead of Daly's because I had known Ulery for a long time, did not know Daly well, and decided that Ulery and his lawyers were likely to do better for the class members than Daly and his lawyers.

7. I have known Mr. Ulery since I began working for West Monroe. I am personally familiar with his work for West Monroe. In my opinion, Mr. Ulery has the leadership, integrity, acumen, and knowledge suited to representing the class in these actions. I am confident that he selected his chosen counsel after thorough and careful research.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Clinton Victor Scott-Williams

Executed this 2 day of June, 2022