# **EXHIBIT J**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHAN A. ULERY, on behalf of himself and on behalf of a class of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; KEVIN MCCARTY; TOM BOLGER; GIL MERMELSTEIN; BARBARA DUGANIER; BARBARA BENNETT; MAZEN GHALAYINI; DOUG ARMSTRONG; TOM HULSEBOSCH; SUSAN STELTER; and ARGENT TRUST COMPANY,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00781 |

**SUPPLEMENTAL DECLARATION OF ROBERT A. IZARD**

The undersigned, being first duly sworn, deposes and says:

1. I am a partner at Izard, Kindall & Raabe LLP. ("IKR"). Along with Bailey and Glasser LLP ("B & G"), I am counsel to Plaintiff Nathan A. Ulery.

2. I submit this supplemental declaration in response to the declaration of Mathew Daly dated May 27, 2022. Mr. Daly's suggestion that B & G and IKR proposed that they would receive "two thirds of any attorneys fees" is not accurate. In fact, B & G and IKR proposed that the three firms would work together as co-lead counsel with each firm contributing one third of the work and expenses and sharing one third of any fees that might be awarded.

3. In response, SHS proposed that it would simply pay a referral fee to IKR and B & G for referring Mr. Ulery as an additional client but that they would not work actively on the case.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge, information, and belief.

    Dated: June 3, 2022.

                                                                     /s/ *Robert A. Izard*
                                                                       Robert A. Izard