# **EXHIBIT K**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; THE BENEFITS COMMITTEE OF WEST MONROE PARTNERS, INC.; THE BOARD OF DIRECTORS OF WEST MONROE PARTNERS, INC.; ARGENT TRUST COMPANY; and DOES 1-30<br><br>Defendants. | Case No. 1:21-cv-06805-RAG |
| NATHAN A. ULERY, on behalf of himself and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; KEVIN MCCARTY; TOM BOLGER; GIL MERMELSTEIN; BARBARA DUGANIER; BARBARA BENNETT; DOUG ARMSTRONG; TOM HULSEBOSCH; SUSAN STELTER; and ARGENT TRUST COMPANY,<br><br>Defendants. | Case No. 1:22-cv-00781-RAG |

## **DECLARATION OF DANIEL P. WILLIAMS**

I, Daniel P. Williams, declare as follows:

1. I make this Declaration of my own personal knowledge, and if called as a witness, I would and could testify competently to the matters stated herein.

1

2. I make this declaration in support of Plaintiff Nathan A. Ulery's motion for appointment as lead plaintiff and appointment of interim class counsel. I previously submitted another declaration in support of Ulery's motion.

3. I have decided to join Ulery's lawsuit as a named plaintiff and will seek to join the lawsuit as such at the first opportunity, which I understand to be when a consolidated class action complaint is filed.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Daniel P. Williams

Executed this 2 day of June, 2022