# EXHIBIT M



Nathan Ulery <nulery@gmail.com>

## ESOP Distributions Set for Monday 9/20

**Steve Avrick** <savrick@westmonroe.com>  Thu, Sep 9, 2021 at 5:49 PM
To: Steve Avrick <savrick@westmonroe.com>

Hello,

I hope everyone is well and enjoying their summer!  I just wanted to let you know that the board approved the distributions and that the Company is okay to fund the distributions on Monday 9/20.  I just put in the wire request.  This means that the Company is wire transferring cash to Principal to cover the purchase of ESOP shares and that separately the Trustee will wire your cash balances to Principal.  Principal will begin work overnight sorting the cash pursuant to your online elections, but it will take a while for everything to process.  So please be patient.

Let's touch base at the beginning of the week of the 27th if you have not received your taxable distribution or if funds haven't hit your Principal IRA or WM 401(k) accounts.  Anything issued by check may take a while as it works its way through the mail system.  I think checks are mailed out of Principal's offices in Des Moines IA.

Thanks again everyone!  I'll confirm on the 20th that the cash was received at Principal.  I'm not done emailing just yet.

Regards,

Steve

_____

**West Monroe**

**Steve Avrick, Senior Manager**

**Shared Services – ESOP & 401(k) Administration**

311 West Monroe Street, 14th Floor  |  Chicago, IL 60606

+1 (312) 447-6544 Office  |  +1 (847) 471-5522 Mobile

savrick@westmonroe.com

**Undeniably Different. Undeniable Results.**
*Born in tech, built for business, digital from the start, employee-owned.*

*A different consultancy, driven to deliver results. Learn more.*

The information contained in this E-mail message and its attachments is privileged and/or confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.