# EXHIBIT N



Nathan Ulery <nulery@gmail.com>

## ESOP Distribution Election - Update

**Steve Avrick** <savrick@westmonroe.com>  Fri, Jul 23, 2021 at 11:05 AM
To: Steve Avrick <savrick@westmonroe.com>

Happy Friday Everyone!

I'm just emailing an update on where we stand. Through yesterday, 103 people have made their distribution elections and I want to thank you very much for that!

That leaves 43 people who are still working on their election. I've tried to reach out to all of you via email, phone calls, and LinkedIn. I have connected with most of you but there are still a handful who can't be reached (or who don't want to be reached?) because they have very strong spam filters, full voicemail boxes, or don't check or have LinkedIn accounts.

Anyway, we have just 18 days left until the end of the 60-day election period. That's two 5 day weeks, three weekends, today and Monday August 9th.

To remind you what will happen when you fail to make an election, here's an excerpt from our distribution FAQ:

| 5. | What if I do not make an ESOP distribution election? | |
|---|---|---|
| | If you fail to make a timely election decision, your ESOP shares will be converted into cash and invested in a mutual fund in the ESOP before the end of 2021. Because your balance will be in cash and not in company stock, your ESOP statements will not reflect gains or losses as a result of future West Monroe stock price changes. Instead, you will see gains or losses as a result of your investment in the mutual fund. Balances under $5,000 will transfer to a Principal IRA. | |

Over the next 18 days, if I can help you out in any way, please do not hesitate to reach out to me. The company wants you to have your money!

Have a wonderful weekend everyone!

Steve

**West Monroe**

**Steve Avrick, Senior Manager**

**Shared Services – ESOP & 401(k) Administration**

311 West Monroe Street, 14th Floor  |  Chicago, IL 60606

+1 (312) 447-6544 Office |  +1 (847) 471-5522 Mobile

savrick@westmonroe.com

**Undeniably Different. Undeniable Results.**
*Born in tech, built for business, digital from the start, employee-owned.*
*A different consultancy, driven to deliver results. Learn more.*

The information contained in this E-mail message and its attachments is privileged and/or confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.