# EXHIBIT O

**BAILEY GLASSER LLP**



Partner

# Brian A. Glasser

Washington, DC
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
T: 202.463.2101; 304.345.6555
F: 202.463.2103
bglasser@baileyglasser.com

Brian Glasser, a Rhodes scholar and founding partner of the firm, represents a diverse array of plaintiffs and defendants throughout the United States. He has tried cases in 12 different states, including two mass actions and three class actions. Brian's practice also regularly includes negotiating and managing the execution of business transactions across a range of industries. From time to time, Brian has represented governors, members of Congress, and high-ranked agency officials in ticklish personal, political, or criminal inquiries, including state and federal impeachment proceedings.

His exceptional rapport with clients and broad experience over 28 years of practice ensures that clients repeatedly call upon him to handle their most sensitive legal challenges.

Brian has been featured in a variety of publications throughout his career including:

- Yellowstone Club Trustee Offers Bounty to Find Blixseth's Missing Millions
- Objections Overruled – Court is in Session with Legal Powerhouse Brian Glasser
- Bailey & Glasser – A Different Kind of Legal Powerhouse
- Attorney Charges Into Legal Arena

**Here are a few examples of Brian's work:**

**2022**

- Serving as counsel to the Official Committee of Talc Claimants in the Johnson & Johnson bankruptcy of its special purpose subsidiary LTL Management, pending in the bankruptcy court for the District of New Jersey.

**BAILEY GLASSER** LLP

BRIAN A. GLASSER

**2021**

- Obtained, as co-trial counsel, a verdict on behalf of Ramaco Resources Inc. of approximately $32.7 million against Chubb related insurance companies for breach of contract in a denial of insurance coverage case. The trial court subsequently reduced the verdict. The matter will be appealed.

**2020**

- Tried two cases by Zoom in Delaware concerning the interpretation of a shareholder rights agreement and a Limited Liability Company Agreement's restrictions on transfer of units.
- Obtained a confidential settlement on behalf of more than 120 residents, including many who were killed and injured, of an apartment building complex in Maryland that was destroyed by a natural gas explosion.

**2019**

- In the DISH Network case discussed below, the US Court of Appeals for the Fourth Circuit upheld the $61.34 million trial verdict.
- Obtained, as co-trial counsel, an arbitration award of over $10 million for client S&N Communications, Inc. against Bechtel Infrastructure Corporation for breach of contract in the engineering and construction of a high-speed fiber optic network.

**2018**

- In the Allegheny Energy case discussed below, the Ohio Court of Appeals upheld the $2 million trial court judgment.
- Obtained, as co-trial counsel, an arbitration award of over $1.9 million on behalf of Protech Solutions, Inc. against Conduent State & Local Solutions, Inc., for breach of a Strategic Alliance for teaming on the design, development, and implementation of a custom software solution.
- Resolved damage suits for more than $800 million arising out of events of force majeure, alleged lease defaults, and for lost coal, against Hillsboro Energy LLC and Macoupin Energy LLC for approximately $190 million, paid over 15 years.

**2017**

- Obtained, as co-trial counsel, a verdict on behalf of ERISA plan participants of approximately $29.7 million against Wilmington Trust for breach of fiduciary duty in the valuation and purchase of a defense contractor on behalf of an ESOP plan. Memorandum Opinion

**BAILEY GLASSER LLP**

BRIAN A. GLASSER

- Obtained, as lead trial counsel, a verdict on behalf of a class of consumers of approximately $20.5 million against DISH Network, Inc., for over 51,000 violations of the Telephone Consumer Protection Act for calling numbers protected by the National Do Not Call registry. Verdict Sheet The Court then increased the jury award up to $61.34 million because we proved willfulness. Memorandum Opinion and Order
- Obtained, as lead trial counsel, a verdict for more than $2 million against Allegheny Energy, Inc., in a uniform commercial code case over breach of a contract for the sale of goods.

**2016**

- In the Yellowstone Mountain Club case discussed below, the United States Court of Appeals for the Ninth Circuit rejected all defendant Tim Blixseth's challenges to the verdict and reversed the trial court's reduction to $40 million, reinstating the original fraud judgment for more than $286 million.
- In the Yellowstone Mountain Club BLX case discussed below, the United States Court of Appeals for the Ninth Circuit upheld the trial court's breach of contract judgment for over $219 million against Tim Blixseth.
- In the Sallyport case discussed below, the United States Court of Appeals for the Second Circuit upheld the trial court verdict for more than $21 million.

**2015**

- Lead counsel to Foresight Reserves, L.P., in the sale of a non-controlling 50% interest in its subsidiary Foresight Energy L.P. (NYSE: FELP) to Murray Energy Corporation for $1.375 billion.
- Lead counsel to Kameron Collieries ULC in its acquisition of 100% of the Donkin Project, a large undeveloped coal reserve in the Cape Breton region of Nova Scotia, Canada, from Glencore Xstrata, a global mining and trading company based out of Barr, Switzerland and Morien Resources Corporation, a Canadian royalty company.

**2014**

- Obtained, as Trustee of the Yellowstone Club Liquidating Trust, judgment against Tim Blixseth for $219.8 million for breach of a promissory note contract.
- Served as counsel to Foresight Reserves, L.P., in the $2.4 billion initial public offering of common units of its subsidiary Foresight Energy Partners, L.P. (NYSE: FELP). https://www.youtube.com/watch?v=5FnxjsLh7Cg
- Obtained, as lead trial counsel, a $21.1 million dollar verdict against Sallyport Global Holdings, Inc., in a breach of contract valuation case in federal court in New York City. Published Decision

**BAILEY GLASSER LLP**

BRIAN A. GLASSER

**2013**

- Counsel to Foresight Energy LLC in connection with its $1.55 billion refinancing, involving a bond, term loan and revolver combination.
- Served as Trustee for the Yellowstone Club Liquidating Trust.

**2012**

- Served on the Board of Directors of Tory Burch, LLC as the Chris Burch designee during the period of a contentious dispute over investor rights. The case was resolved by agreement.
- Counsel to the issuer in Foresight Energy LLC's $200 million bolt-on financing.

**2011**

- Lead counsel defending International Industries Inc. from a $127 million breach of contract claim. After five years of litigation, the Court limited the plaintiff's maximum recovery to $2 million and the case was quickly resolved.

**2010**

- Co-lead trial counsel in the Yellowstone Mountain Club fraud case in Montana, obtaining a $286 million verdict against property developer and former owner Tim Blixseth for fraud. The trial court reduced the judgment to $40 million and upon defendant's appeal, we cross-appealed.
- Lead counsel in Foresight Energy, LLC's $690 million refinancing.

**2009**

- Lead trial counsel in a case of first impression respecting the power of the United States Mine Safety and Health Administration to impose ventilation plans on mine operators.
- Lead counsel for Colt LLC's sale of $255 million in coal reserves.
- Lead counsel for Macoupin Energy LLC's sale/leaseback of $143.7 million in coal reserves.

**2008**

- Retained by the Trustee of the Refco Liquidating Trust and obtained a significant confidential settlement on his behalf.
- Served on trial team in major nationwide product liability case that settled prior to trial.

**BAILEY GLASSER LLP**

BRIAN A. GLASSER

**2007**

- Lead counsel for Adena Minerals LLC's sale of coal and transportation assets in return for a significant percentage of Natural Resource Partners, LP (NYSE: NRP) and a 22% interest in NRP's general partner.
- Lead counsel for the West Virginia class and coordinating/lead negotiator for multistate class in a $62.5 million settlement with H&R Block (NYSE: HRB). The West Virginia share was $32.5 million.
- Served as sell-side counsel in a significant private equity investment by Riverstone Holdings, LLC, a private equity fund manager, in Foresight Reserves, L.P.

**Earlier Matters**

- Co-lead trial counsel for plaintiffs in a mass action under the Surface Coal Mining and Reclamation Act obtaining compensation for damage to water wells and homes.
- Lead trial counsel for the plaintiffs in a mass action of first impression under the Surface Coal Mining and Reclamation Act, establishing rights for off-permit damages from dust fall.
- Served as co-counsel in the Petition and Briefing stage at the United States Supreme Court in Buckhannon Board and Care Home, Inc. v. West Virginia Department of Health and Human Resources, 532 US 598 (2001).
- Special Assistant Attorney General for the State of West Virginia in the Mountaintop Removal, Cumulative Hydrologic Impact Analysis, and Bonding Litigations from 1999-2003. This series of cases involved several injunction hearings and numerous complex federal and state issues resulting in fundamental changes in the mining and environmental laws of West Virginia and the region.
- Tried numerous civil and criminal cases to verdict in state and federal court, in arbitration, and before state and federal agencies.

## Awards & Accolades

*Best Lawyers in America,* Commercial Litigation and Criminal Defense: White-Collar (2010 - 2022)
*Chambers USA*, West Virginia: General Commercial (2015 - 2021) and Corporate/Commercial (2018 - 2021)
"Top 100 Trial Lawyers," National Trial Lawyers
*Best Lawyers in America,* "Lawyer of the Year Criminal Defense: White Collar," (2019)
*Super Lawyers,* West Virginia, General Litigation and Business Litigation (2007 - 2022)

**BAILEY GLASSER LLP**

BRIAN A. GLASSER

## Clerkships

Law Clerk, Hon. M. Blane Michael, US Court of Appeals for the Fourth Circuit (1994 - 1995)

## Practice Areas

Appellate and Supreme Court Practice
Banking & Financial Services
Bankruptcy & Business Reorganization
Business & Finance
Business Valuation
Catastrophic Personal Injury
Catastrophic Personal Injury - Gas Explosions
Class Actions
Commercial Litigation
Consumer Litigation
Criminal Defense & Internal Investigations
Defective Firearms
Energy - Mining
Energy - Oil & Gas
Environmental
ERISA, Employee Benefits & Trust Litigation
Insurance Recovery
Life Sciences
MDL Panels
Medical Device & Drugs
Mergers & Acquisitions
Personal Injury & Product Liability
Private & Family Businesses
Product Liability
Telephone Consumer Protection Act (TCPA)

## Education

J.D., Harvard Law School, 1994, *cum laude*
B.A., Oxford University, 1991
B.A., West Virginia University, 1988, *summa cum laude,* Rhodes Scholar – 1988, Truman Scholar - 1987

**BAILEY GLASSER LLP**

BRIAN A. GLASSER

## Admissions

District of Columbia
West Virginia
US Supreme Court
US Court of Appeals for the First Circuit
US Court of Appeals for the Second Circuit
US Court of Appeals for the Third Circuit
US Court of Appeals for the Fourth Circuit
US Court of Appeals for the Sixth Circuit
US Court of Appeals for the Seventh Circuit
US Court of Federal Claims
US District Court, Northern District of West Virginia
US District Court, Southern District of West Virginia