## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; THE BENEFITS COMMITTEE OF WEST MONROE PARTNERS, INC.; THE BOARD OF DIRECTORS OF WEST MONROE PARTNERS, INC.; ARGENT TRUST COMPANY; and DOES 1-30<br><br>        Defendants. | Case No. 1:21-cv-06805-RAG |
| NATHAN A. ULERY, on behalf of himself and on behalf of a class of all other persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; KEVIN MCCARTY; TOM BOLGER; GIL MERMELSTEIN; BARBARA DUGANIER; BARBARA BENNETT; DOUG ARMSTRONG; TOM HULSEBOSCH; SUSAN STELTER; and ARGENT TRUST COMPANY,<br><br>        Defendants. | Case No. 1:22-cv-00781-RAG |

## PLAINTIFF NATHAN ULERY'S NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nathan Ulery

provides notice of dismissal without prejudice of Case No. 1:22-cv-00781-RAG. Defendants

have not served an answer or a motion for summary judgment.

Dated:   June 21, 2022                    Respectfully submitted,

                                          **BAILEY & GLASSER LLP**

                                          */s/ Patrick O. Muench*
                                          Patrick O. Muench
                                          318 W. Adams Street, Suite 1512
                                          Chicago, IL 60606
                                          Telephone: (312) 500-8680
                                          Facsimile: (304) 342-1110
                                          pmuench@baileyglasser.com

                                          Ryan T. Jenny
                                          Gregory Y. Porter
                                          Laura Babiak
                                          1055 Thomas Jefferson Street, NW, Suite 540
                                          Washington, DC 20007
                                          Telephone: (202) 463-2101
                                          Facsimile: (202) 463-2103
                                          rjenny@baileyglasser.com
                                          gporter@baileyglasser.com
                                          lbabiak@baileyglasser.com

                                          **IZARD KINDALL & RAABE LLP**
                                          Robert A. Izard
                                          Douglas P. Needham
                                          29 South Main St., Suite 305
                                          West Hartford, CT 06107
                                          Telephone: (860) 492-6292
                                          Facsimile: (860) 492-6290
                                          rizardkrlaw.com
                                          dneedham@ikrlaw.com

                                          *Attorneys for Plaintiff Nathan A. Ulery*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 21, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.


/s/ Patrick O. Muench
Patrick O. Muench