IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>WEST MONROE PARTNERS, INC., et al.<br>*Defendants*. | )<br>)<br>)<br>)<br>) Case No. 1:21-cv-6805 (RAG/SMF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION TO MODIFY SCHEDULE

Plaintiff Daly respectfully requests that the Court vacate the July 8, 2022 deadline to file a consolidated amended complaint and order Defendants to respond to the Complaint (Dkt. 1) by July 29, 2022. *See* June 15, 2022 Order (Dkt. 61) at 1. In particular:

1. On May 3, 2022, the Court consolidated this case for pretrial purposes with *Nathan Ulery v. West Monroe Partners, Inc., et al.*, Case No. 1:22-CV-781 (N.D. Ill.). *See* Dkt. 49.

2. On June 15, 2022, the Court granted Plaintiff Daly's Motion to appoint Sanford Heisler Sharp, LLP, as Interim Class Counsel and set a schedule for further pleadings and motions. *See* Dkt. 61 at 1. The schedule ordered Interim Class Counsel to file a consolidated amended complaint, which would consolidate Daly and Ulery's allegations, by July 8, 2022. *Id.* It also ordered Defendants to respond to the consolidated amended complaint by July 29, 2022. *Id.*

3. On June 21, 2022, Nathan Ulery voluntarily dismissed his case, *Ulery v. West Monroe Partners, Inc., et al.*, Case No. 1:22-CV-781 (N.D. Ill.), *see* Dkt. 62, and the Court entered an order dismissing Ulery's case. *See* Dkt. 63. As a result, this is no longer a consolidated case.

1

4. Accordingly, Plaintiff respectfully requests that the Court vacate the July 8, 2022 deadline to file a consolidated amended complaint (Dkt. 61 at 1). The remaining deadlines set in the June 21, 2022 Order (Dkt. 61 at 1) should remain as follows:

    a. The parties shall confer no later than July 11, 2022 to discuss the nature and bases of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. The parties will also discuss deadlines for Rule 26(a)(1) disclosures and a proposed discovery plan.

    b. A written initial status report and proposed discovery plan shall be filed no later than July 25, 2022.

    c. Defendants shall respond to the Complaint by July 29, 2022.

    d. An in-person status hearing is set for July 28, 2022 at 11:00 a.m.

5. The time for filing any amended complaint should remain governed by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a) (allowing an amended complaint to be filed as a matter of course within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier").

6. Defendants do not oppose the relief requested in this motion.

Dated: June 24, 2022
                                        */s/ Charles Field*
                                        Charles Field*
                                        **SANFORD HEISLER SHARP, LLP**
                                        2550 Fifth Avenue, 11th Floor
                                        San Diego, CA 92101
                                        Telephone: (619) 577-4242
                                        Facsimile: (619) 577-4250
                                        cfield@sanfordheisler.com

                                        David Sanford**
                                        Russell Kornblith*
                                        **SANFORD HEISLER SHARP, LLP**
                                        1350 Avenue of the Americas, 31st Fl.
                                        New York, NY 10019
                                        Telephone: (646) 402-5650
                                        Facsimile: (646) 402-5651

dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

Kevin Sharp*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com

Sean Ouellette*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, D.C. 20003
Phone: (646) 402-5644
Facsimile: (202) 499-5199
souellette@sanfordheisler.com

Matthew J. Singer
**MATT SINGER LAW, LLC**
77 W. Wacker Dr., Suite 4500
Chicago, IL 60601
Telephone: (312) 248-9123
matt@mattsingerlaw.com

*Attorneys for Plaintiff and the Proposed Class*

\*   Admitted pro hac vice