## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Matthew Daly

                              Plaintiff,

v.                                                  Case No.: 1:21−cv−06805
                                                           Honorable Ronald A. Guzman

West Monroe Partners, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 24, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's motion to modify the schedule set in the Court's 6/15/22 memorandum opinion and order [64] is granted. The 7/8/22 date for filing a consolidated amended complaint is stricken; the rest of the Court's 6/15/22 order stands. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.