**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW DALY,<br>on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>WEST MONROE PARTNERS, INC.,<br>THE BENEFITS COMMITTEE OF WEST MONROE PARTNERS, INC., THE BOARD OF DIRECTORS OF WEST MONROE PARTNERS, INC.,<br>ARGENT TRUST COMPANY, AND DOES 1-30<br><br>**Defendants.** | Case No. 1:21-cv-06805<br><br>Hon. Ronald A. Guzman |

## MOTION TO WITHDRAW AS ATTORNEYS

Pursuant to LR 83.17, Gregory Jacob and Deanna M. Rice respectfully request to withdraw as counsel for Defendant Argent Trust Company ("Argent"). In support of their Motion, Mr. Jacob and Ms. Rice state as follows:

1. Mr. Jacob and Ms. Rice filed their respective motions to appear *pro hac vice* in this matter on February 14, 2022 to serve as Argent's counsel. Dkts. 23-24. The Court granted those motions on February 15, 2022. Dkt. 28.

2. Defense of Argent in this matter is being transferred from O'Melveny & Myers LLP to Bryan Cave Leighton Paisner LLP.

3. On July 7, 2022, Mr. Brenton Vincent, of Bryan Cave Leighton Paisner LLP, filed an appearance on behalf of Argent, in advance of that transfer from O'Melveny & Myers LLP to Bryan Cave Leighton Paisner LLP. Dkt. 66.

1

5. Consequently, Mr. Jacob and Ms. Rice respectfully request entry of an order directing the Clerk to remove Mr. Jacob and Ms. Rice's appearances from the docket and remove their names from the ECF distribution list.

6. Mr. Jacob and Ms. Rice's departure will not affect any pending deadlines or cause any delays in this action, as Bryan Cave Leighton Paisner LLP is continuing to represent Argent's interests.

WHEREFORE, Argent respectfully requests that the Court grant this Motion, permitting Mr. Gregory Jacob and Ms. Deanna M. Rice to withdraw as counsel of record.

Dated: July 22, 2022

*/s/ Gregory Jacob*
Gregory Jacob
Deanna M. Rice
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
gjacob@omm.com
derice@omm.com

**CERTIFICATE OF SERVICE**

  I, Gregory Jacob, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon interested parties.

                /s/ *Gregory Jacob*
                Gregory Jacob

DATED: July 22, 2022