UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATTHEW DALY,** *Plaintiff,* v. **WEST MONROE PARTNERS, INC.,** *et al.*, *Defendants*. | Case No. 1:21-cv-6805 Hon. Ronald A. Guzman |

**JOINT MOTION FOR EXTENSION OF TIME AND LEAVE
TO FILE BRIEFS IN EXCESS OF FIFTEEN PAGES**

Pursuant to Fed.R.Civ.P.15(a)(3), all Defendants and Plaintiff (collectively, "the Parties"), by their counsel, jointly move for an extension of time within which to file a response to Plaintiff's Amended Complaint and any opposition to that response. Pursuant to Local Rule 7.1, the Parties also move for an order permitting the response and opposition to exceed fifteen (15) pages each. In support thereof, the Parties state as follows:

1. In its Memorandum Opinion and Order dated June 15, 2022, the Court requested that "[i]n the event Defendants move to dismiss the consolidated amended complaint, they shall make every effort possible to file a consolidated motion." The Court further stated that, "[i]f Defendants require additional pages, they shall seek leave of Court to file an enlarged brief[.]" DE 61.

2. Defendants will be filing a Consolidated Motion to Dismiss the Consolidated Amended Complaint and have determined that a full and fair exposition of their arguments will

require an enlarged Memorandum in Support in excess of 15 pages. The Court previously granted the Defendants' motion for an enlarged page limit of 25 pages. DE 70.

3. Plaintiff's Amended Complaint raises new, additional allegations which necessitate an enlarged Memorandum in Support in excess of 15 pages. Defendants believe they can fully brief all issues in a brief of thirty (30) pages.

4. In order to fully coordinate and consolidate Defendants' respective arguments, Defendants require time in excess of the fourteen (14) days allowed under Fed.R.Civ.P.15(a)(3). Defendants believe they can fully brief all issues within twenty-eight (28) days of service of the Amended Complaint, or no later than September 16, 2022.

5. Plaintiff believes he can fully brief all issues raised in Defendants' memorandum within twenty-eight (28) days of service of Defendants' motion, or no later than October 14, 2022. Plaintiff also requests an enlarged page limit of thirty (30) pages for the opposition brief.

WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion for Extension of Time and Leave to File a Brief in Excess of Fifteen Pages.

Dated: August 30, 2022                                Respectfully submitted,

/s/ Brent Vincent
Brent W. Vincent
Bryan Cave Leighton Paisner LLP
161 North Clark, Suite 4300
Chicago, Illinois 60601
Tel: 312-602-5000
Fax: 312-602-5050
brent.vincent@bclplaw.com

*Attorney for Defendant Argent Trust Company*

/s/ Lars Golumbic
Lars C. Golumbic (admitted *pro hac vice*)
Samuel I. Levin (admitted *pro hac vice*)
Elizabeth L. Woods (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED

1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
slevin@groom.com
ewoods@groom.com

Brendan R. Youngblood ARDC No. 6317038
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel: (312) 641-3100; Fax: (312) 444-1669
Email: byoungblood@cassiday.com

*Attorneys for the West Monroe Defendants*

/s/ *Russell Kornblith*
Russell Kornblith*
David Sanford*
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

Charles Field*
**SANFORD HEISLER SHARP, LLP**
2550 Fifth Avenue, 11th Floor
San Diego, CA 92101
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

Kevin Sharp*
**SANFORD HEISLER SHARP, LLP**
611 Commerce St., Suite 3100
Nashville, TN 37203
Phone: (615) 434-7001
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com

Sean Ouellette*
James Hannaway*
**SANFORD HEISLER SHARP, LLP**

700 Pennsylvania Avenue SE, Suite 300
Washington, D.C. 20003
Phone: (646) 402-5644
Facsimile: (202) 499-5199
souellette@sanfordheisler.com
jhannaway@sanfordheisler.com

Matthew J. Singer
**MATT SINGER LAW, LLC**
77 W. Wacker Dr., Suite 4500
Chicago, IL 60601
Telephone: (312) 248-9123
matt@mattsingerlaw.com

*Attorneys for Plaintiff and the Proposed Class*

\*   *Admitted pro hac vice*