UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATTHEW DALY,**<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>**WEST MONROE PARTNERS, INC.,** *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 1:21-cv-6805<br><br>Hon. Ronald A. Guzman |

**DEFENDANTS' JOINT FILING REGARDING**
**THEIR MOTION FOR LEAVE TO FILE EXCESS PAGES**

　　　　Pursuant to the Court's Order dated August 31, 2022 (Dkt. 92), Defendants state that in light of the guidance in the Court's Order, Defendants will shorten their arguments to keep their forthcoming response to Plaintiff's Amended Complaint at or below 25 pages in length.

DATED: September 7, 2022

　　　　　　　　　　　　*/s/ Lars C. Golumbic*
　　　　　　　　　　　　Lars C. Golumbic (admitted *pro hac vice*)
　　　　　　　　　　　　Samuel I. Levin (admitted *pro hac vice*)
　　　　　　　　　　　　Elizabeth L. Woods (admitted *pro hac vice*)
　　　　　　　　　　　　**GROOM LAW GROUP, CHARTERED**
　　　　　　　　　　　　1701 Pennsylvania Ave., NW, Ste. 1200
　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　Tel: (202) 861-6615; Fax: (202) 659-4503
　　　　　　　　　　　　Email: lgolumbic@groom.com
　　　　　　　　　　　　　　　　 slevin@groom.com
　　　　　　　　　　　　　　　　 ewoods@groom.com

　　　　　　　　　　　　Brendan R. Youngblood ARDC No. 6317038
　　　　　　　　　　　　**CASSIDAY SCHADE LLP**
　　　　　　　　　　　　222 West Adams Street, Suite 2900
　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　Tel: (312) 641-3100; Fax: (312) 444-1669
　　　　　　　　　　　　Email: byoungblood@cassiday.com

1

*Attorneys for Defendants West Monroe Partners, Inc., the Benefits Committee of West Monroe Partners, Inc., the Board of Directors of West Monroe Partners, Inc.*

<u>/s/ Brenton T. Vincent</u>
Brenton T. Vincent
Kristopher Fernandez
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark St., Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
Email: brent.vincent@bclplaw.com
      kristopher.fernandez@bclplaw.com

Jeffrey S. Russell
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, Missouri 63102
(314) 259-2725
Email: JSRussell@bclplaw.com

Robert M. Lewis, Jr.
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree St., N.W.
14th Floor
Atlanta, Georgia 30309
(404) 572-6605
robert.lewis@bclplaw.com

*Attorneys for Defendant Argent Trust Company*

## **CERTIFICATE OF SERVICE**

    I, Lars C. Golumbic, hereby certify that on September 7, 2022, I caused the foregoing to be filed using the CM/ECF system for the United States District Court for the Northern District of Illinois, which will send notification of such filing to all registered participants.

                                               */s/ Lars C. Golumbic*
                                               Lars C. Golumbic