**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MATTHEW DALY, | Case No. 1:21-cv-6805 |
|     Plaintiff, | Hon. Ronald A. Guzman |
| v. | |
| WEST MONROE PARTNERS, INC., *et al.*, | |
|     Defendants. | |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Please take notice that Robert M. Lewis, Jr., formerly of the firm Bryan Cave Leighton Paisner LLP, hereby withdraws as counsel of record for Defendant Argent Trust Company (the "Defendant"), and requests to be removed from all notice and service lists in this case.

Please take further notice that this withdrawal is limited to Robert M. Lewis, Jr. and does not impact the representation of the Defendant by Bryan Cave Leighton Paisner LLP.

Dated: January 24, 2023.

> **Bryan Cave Leighton Paisner LLP**
>
> */s/ Jeffrey S. Russell*
> Brent W. Vincent
> 161 North Clark, Suite 4300
> Chicago, Illinois 60601

Jeffrey S. Russell
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri  63102

*Attorneys for Defendant Argent Trust*