# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Matthew Daly

                          Plaintiff,

v.                                                 Case No.: 1:21−cv−06805

                                                        Honorable John Robert Blakey

West Monroe Partners, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2024:

       MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendants' motion for leave to file a two−page sur−reply [199] and strikes the 6/26/24 Notice of Motion date. The Court also grants Defendant's motion for leave to withdraw the appearance of Brenton Vincent [201] and directs the Clerk to remove Attorney Vincent's name from the docket in this case. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.