IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated, <br> *Plaintiff*, <br><br> v. <br><br> WEST MONROE PARTNERS, INC., et al. <br> *Defendants*. | Case No. 1:21-cv-06805 (JRB/SMF) |

### JOINT STATUS REPORT IN RESPONSE TO SEPTEMBER 23, 2024 ORDER

Plaintiff Matthew Daly and Defendants West Monroe Partners, Inc., the Board of Directors of West Monroe Partners, Inc., the Benefits Committee of West Monroe Partners, Inc., and Argent Trust Company (collectively, "Defendants") submit this joint status report in response to the Court's September 23, 2024 Order ("Order") (Dkt. 205).

The parties reported to the Court in a September 20, 2024 Status Report that the completion of expert discovery would depend on the resolution of outstanding disputes with regards to the then-pending expert depositions, related discovery requests, and subpoenas duces tecum. Although the parties managed to narrow their disputes, they were unable resolve them entirely. Plaintiff has therefore filed a motion to compel the production of documents and to re-open Mr. May's deposition for no more than two hours. Defendants intend to oppose the motion to compel.

The parties propose the following schedule for the Court's consideration as follows:

| Parties' action | Due date |
|---|---|
| Filing of any summary judgment motion | January 17, 2025 |

1

| | |
|---|---|
| Opposition to any summary judgment motion | March 18, 2025 |
| Reply in support of any summary judgment motion | April 17, 2025 |

This schedule reflects that Plaintiffs' counsel anticipates two separate trials in December, and counsel for Argent is engaged in summary judgment briefing in another case in early January. This schedule will allow the parties, and the Court, to adequately consider the lengthy record and complicated issues involved in this case, while avoiding briefing during the holiday seasons.

DATED: October 11, 2024

*/s/ Samuel I. Levin*
Samuel I. Levin*
Lars C. Golumbic*
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615
Fax: (202) 659-4503
lgolumbic@groom.com
slevin@groom.com

Jeffrey A. Hesser
**CASSIDAY SCHADE LLP**
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel: (312) 444-2473
Fax: (312) 444-1669
jhesser@cassiday.com
*Attorneys for the West Monroe Defendants*

*/s/ Katelyn W. Harrell*
Brenton T. Vincent
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark St., Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
brent.vincent@bclplaw.com

*/s/ Charles Field*
Charles Field*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
7911 Herschel Ave,
Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4242
Fax: (619) 577-4250
cfield@sanfordheisler.com

David Sanford*
Russell Kornblith*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

Kevin Sharp*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
611 Commerce St., Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7001

2

Jeffrey S. Russell
Jacob Simon*
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square 211 North Broadway
Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2725
JSRussell@bclplaw.com

Katelyn W. Harrell
**BRYAN CAVE LEIGHTON PAISNER, LLP**
1201 W. Peachtree Street NW, One Atlantic
Center, 14th Floor
Atlanta, GA, 30309
Tel: (404-572-6668)
katelyn.harrell@bclplaw.com

*Attorneys for Defendant Argent Trust Company*

Fax: (615) 434-7020
ksharp@sanfordheisler.com

James Hannaway*
**SANFORD HEISLER SHARP
MCKNIGHT, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, D.C. 20003
Telephone: 202-499-5200
Fax: (202) 499-5199
jhannaway@sanfordheisler.com

Matthew J. Singer
**MATT SINGER LAW, LLC**
77 W. Wacker Dr., Suite 4500
Chicago, IL 60601
Telephone: (312) 248-9123
matt@mattsingerlaw.com

*Attorneys for Plaintiff and the Proposed Class*
*\*Admitted pro hac vice*