# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated, *Plaintiff*, v. WEST MONROE PARTNERS, INC., et al. *Defendants*. | Case No. 1:21-cv-06805 (JRB/SMF) |

## MOTION TO WITHDRAW JAMES HANNAWAY AS COUNSEL OF RECORD

Pursuant to Local Rule 83.17, Plaintiff Matthew Daly hereby moves to withdraw James Hannaway as counsel of record in this case. There is good cause for this motion as follows:

1. Mr. Hannaway has accepted other employment and is no longer associated with Sanford Heisler Sharp McKnight, LLP as of June 13, 2025.

2. Plaintiff will continue to be represented by David Sanford, Kevin Sharp, Russell Kornblith, and Charles Field of Sanford Heisler Sharp McKnight, LLP and by Matthew Singer of Matt Singer Law, LLC.

3. Plaintiff will not be prejudiced in any way by the granting of this motion.

4. Mr. Hannaway's withdrawal will not delay proceedings in this matter.

5. Mr. Hannaway asserts no retaining or charging lien in this matter.

Accordingly, Plaintiff respectfully requests that James Hannaway be permitted to withdraw as counsel of record in this case.

| | |
|---|---|
| Dated: June 17, 2025 | */s/ Russell Kornblith* <br> Russell Kornblith\* <br> David Sanford\* <br> **SANFORD HEISLER SHARP MCKNIGHT, LLP** <br> 17 State Street, 37th Floor <br> New York, NY 10004 <br> Telephone: (646) 402-5650 <br> Facsimile: (646) 402-5651 <br> rkornblith@sanfordheisler.com <br> dsanford@sanfordheisler.com <br><br> Charles Field\* <br> **SANFORD HEISLER SHARP MCKNIGHT, LLP** <br> 7911 Herschel Avenue, Suite 300 <br> La Jolla, CA 92037 <br> Telephone: (619) 577-4242 <br> Facsimile: (619) 577-4250 <br> cfield@sanfordheisler.com <br><br> Kevin Sharp\* <br> **SANFORD HEISLER SHARP MCKNIGHT, LLP** <br> 611 Commerce St., Suite 3100 <br> Nashville, TN 37203 <br> Phone: (615) 434-7001 <br> Facsimile: (615) 434-7020 <br> ksharp@sanfordheisler.com <br><br> *Attorneys for Plaintiff and the Proposed Class* <br><br> *\* Admitted Pro Hac Vice* |