IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>WEST MONROE PARTNERS, INC., et al.<br>*Defendants*. | Case No. 1:21-cv-06805 (JRB/SMF) |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on June 25, 2025, at 11:00 a.m., or as soon thereafter as counsel may be heard, attorneys for Plaintiff will appear before the Honorable Judge John Robert Blakey, or any judge sitting in his stead in Courtroom 1203 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion to Withdraw James Hannaway as Counsel of Record, a copy of which has been served upon all parties of record.

Dated: June 17, 2025              Respectfully submitted,

*/s/ Russell Kornblith*
Russell Kornblith*
David Sanford*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

1

Charles Field*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com


Kevin Sharp*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
611 Commerce St., Suite 3100
Nashville, TN 37203
Phone: (615) 434-7001
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com

Matthew J. Singer
**MATT SINGER LAW, LLC**
77 W. Wacker Dr., Suite 4500
Chicago, IL 60601
Phone: (312) 248-9123
matt@mattsingerlaw.com

*Attorneys for Plaintiff and the Proposed Class*

*\* Admitted Pro Hac Vice*

2