IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC., et al.,<br><br>    Defendants. | Case No. 1:21-cv-06805 |

**MOTION TO WITHDRAW ZEKE KATZ AS COUNSEL OF RECORD**

    Pursuant to Local Rule 83.17, Defendant Argent Trust Company, through its attorneys, Bryan Cave Leighton Paisner LLP, hereby moves to withdraw Zeke Katz as counsel of record in this case. There is good cause for this motion as follows:

    1.    Mr. Katz has accepted other employment and is no longer associated with Bryan Cave Leighton Paisner LLP as of July 15, 2025.

    2.    Defendant Argent Trust Company will continue to be represented by Jeffrey Russell, Jacob Simon and Katelyn Harrell of Bryan Cave Leighton Paisner LLP.

    3.    Defendant Argent Trust Company will not be prejudiced in any way by the granting of this motion.

    4.    Mr. Katz's withdrawal will not delay proceedings in this matter.

    5.    Mr. Katz asserts no retaining or charging lien in this matter.

    Accordingly, Defendant Argent Trust Company respectfully requests that Zeke Katz be permitted to withdraw as counsel of record in this case.

| | |
|---|---|
| Dated: July 22, 2025 | /s/ Katelyn W. Harrell |
| | Katelyn W. Harrell |
| | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| | 1201 W. Peachtree Street, NW |
| | One Atlantic Center |
| | 14th Floor |
| | Atlanta, Georgia 30309 |
| | (314) 259-2000 |
| | Email: katelyn.harrell@bclplaw.com |
| | |
| | Jeffrey S. Russell (admitted pro hac vice) |
| | Jacob B. Simon (admitted pro hac vice) |
| | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| | One Metropolitan Square |
| | 211 North Broadway |
| | Suite 3600 |
| | St. Louis, Missouri 63102 |
| | (314) 259-2000 |
| | Email: jsrussell@bclplaw.com |
| | jacob.simon@bclplaw.com |
| | |
| | *Attorneys for Defendant Argent Trust Company* |