# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Matthew Daly

                    Plaintiff,

v.                                                   Case No.: 1:21−cv−06805

                                                             Honorable John Robert Blakey

West Monroe Partners, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant Argent's motion to withdraw the appearance of Zeke Nathaniel Katz [268], strikes the 7/30/25 Notice of Motion date, and directs the clerk to terminate Attorney Katz's appearance on the docket. Argent remains represented by other counsel of record. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.