## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Matthew Daly

                                    Plaintiff,

v.                                                      Case No.: 1:21−cv−06805
                                                        Honorable John Robert Blakey

West Monroe Partners, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's motion to withdraw the appearance of Russell Kornblith [288], strikes the 7/29/26 Notice of Motion date, and directs the Clerk to terminate the appearance of Attorney Kornblith on the docket in this case. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.